MANSFIELD *et al. v.* CALHOUN, receiver.

LUMPKIN, P. J.　The present case falls within the established rule, that this court will not interfere with the discretion of a trial judge in granting, or in refusing, an interlocutory injunction, when the evidence upon which he acts is complicated and conflicting.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 18, — Decided March 25, 1898.

Injunction.　Before Judge Fite.　Bartow county.　November 8, 1897.

*James B. Conyers,* for plaintiffs in error.
*John W. Akin,* contra.

---

SHANNON *v.* BERRY.

LUMPKIN, P. J.　In view of the law laid down in this case at the March term, 1896 (98 *Ga.* 459), and of the evidence introduced at the last trial, the verdict for the defendant was warranted, and there was no error in denying a new trial.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Submitted February 23, — Decided March 25, 1898.

Complaint on notes.　Before Judge Harris.　City court of Floyd county.　December term, 1896.

*C. A. Thornwell* and *Fouche & Fouche, for plaintiff.*
*Wright & Hamilton,* for defendant.　　　　　·